165 So. 868

## MUTUAL BUILDING & LOAN ASSOCIATION OF EUFAULA, ALA. v. I. F. GUICE.

### 4 Div. 865.

Supreme Court of Alabama.

Jan. 16, 1936.

Rehearing Denied March 5, 1936.

Clayton, Clayton & Clayton, of Clayton, and Chauncey Sparks, of Eufaula, for the motion.

S. H. Dent, of Montgomery, opposed.

PER CURIAM.

Petition of the Mutual Building & Loan Association of Eufaula, Ala., for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Mutual B. & L. Asso. v. Guice, 165 So. 864.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.